WILLIAM H. COLLIER, JR., CASB No. 97491
william.collier@kyl.com
JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
MICHAEL T. WEST, CASB No. 266296
michael.west@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone:    (562) 436-2000
Facsimile:     (562) 436-7416

Attorneys for Plaintiffs
BYATT INTERNATIONAL S.A. and YANAM SERVICES S.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYATT INTERNATIONAL S.A. and YANAM SERVICES S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> KOREA LINE CORPORATION <br><br> Defendant *in personam*, <br><br> and <br><br> THE MASTER OF THE M/V *NEW HORIZON*, UNITED SPIRAL PIPE, LLC, USS-POSCO INDUSTRIES, FRITZ MARITIME AGENCIES, METROPOLITAN STEVEDORE COMPANY, BOLIDEN SULEX, INC., <br><br> Garnishees. | Case No. CV11- 01632 ODW (RZx) <br><br> **VERIFIED COMPLAINT OF BYATT INTERNATIONAL S.A. AND YANAM SERVICES S.A. FOR MARITIME ATTACHMENT AND GARNISHMENT PURSUANT TO RULE B OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS FOR BREACH OF CONTRACT** <br><br> [F.R.C.P. SUPPLEMENTAL ADMIRALTY RULE B] |

Plaintiffs BYATT INTERNATIONAL S.A. and YANAM SERVICES S.A. ("Plaintiffs"), by their attorneys of record, Keesal Young & Logan, for their Verified Complaint, allege as follows:

## I.
## JURISDICTION AND VENUE

1. This is a case of admiralty and maritime jurisdiction, as more fully appears below, and is an admiralty or maritime claim within the meaning of Rule 9(h) of Federal Rules of Civil Procedure. The Court has admiralty jurisdiction pursuant to 28 U.S.C. § 1333 and subject matter jurisdiction pursuant to 9 U.S.C. §§ 1 and 8.

2. The relief requested is available pursuant to the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claim and Asset Forfeiture Actions, Rule B.

3. Venue is proper in this Court because assets of the Defendant *in personam*, KOREA LINE CORPORATION ("Defendant" or "Korea Line"), to be attached and/or garnished are located or will shortly be located within the Central District of California.

## II.
## THE PARTIES

4. At all material times, Plaintiff BYATT INTERNATIONAL S.A. was and now is a foreign company organized under the laws of Liberia, with its principal place of business located at: Care of Cosmoship Management S.A., 34, Leosthenous Street, 185 16 Piraeus, Greece.

5. At all material times, Plaintiff YANAM SERVICES S.A. was and now is a foreign company organized under the laws of Liberia, with its principal place of business located at: Care of Cosmoship Management S.A., 34, Leosthenous Street, 185 16 Piraeus, Greece.

KYL_LB1382628

6. Upon information and belief, at all material times, Korea Line was and is now a foreign company organized under the laws of South Korea, with its principal place of business located at KLC Building, 145-9, Samseong 1-dong, Gangnam-gu, Seoul, 135-878, South Korea.

7. Upon information and belief, the following entities may hold funds, accounts owing and/or other property belonging to Korea Line within this District: United Spiral Pipe, LLC, USS-POSCO Industries and Boliden Sulex, Inc. as customers and/or shippers of Korea Line, Fritz Maritime Agencies, as the local husbanding agent for Korea Line and Metropolitan Stevedoring Company, as the stevedoring company of Korea Line (collectively "the Garnishees").

### III.
### FACTS

8. By maritime contract of charter dated 7 November 2007, being on an amended NYPE 1946 form time charterparty, Plaintiffs time chartered the vessels M/V *LOYALTY* and M/V *MELODY* ("the Vessels") to Korea Line (the "Charterparty").

9. Certain disputes have arisen between Plaintiffs and Korea Line relating to Korea Line's performance under the terms of the Charterparty. These disputes include a failure by Korea Line to pay (a) a balance of US$806,175 due and owing from Korea Line to Plaintiff BYATT INTERNATIONAL S.A. for the hire of the vessel M/V *LOYALTY* from 18 January to 4 March 2011, together with interest thereon (b) for various expenses incurred by Plaintiff BYATT INTERNATIONAL S.A. for Korea Line' account under the Charterparty in relation to the vessel M/V *LOYALTY* in the amount of US$46,347, together with interest thereon, (c) a balance of US$806,175 due and owing from Korea Line to Plaintiff YANAM SERVICES S.A. for the hire of the vessel M/V *MELODY* from 13 January to

KYL_LB1382628

27 February 2011, together with interest thereon and (d) for various expenses incurred by Plaintiff YANAM SERVICES S.A. for Korea Line' account under the Charterparty in relation to the vessel M/V *MELODY* in the amount of US$101,393.95, together with interest thereon ("the Claims").

10. Despite due demand, Korea Line has failed to pay or otherwise secure the Claims which are all presently due and owing to Plaintiffs. Some of the Claims increase daily and new claims under the Charterparty may arise and, as such, Plaintiffs expressly reserve all their rights to claim any and all additional sums howsoever arising as may be due and owing by Korea Line under the Charterparty at any time.

11. As a result of Korea Line's breach of the Charterparty, Plaintiffs have and will continue to suffer damages in the total amount of the Claims, exclusive of further hire due, further expenses and/or costs incurred, interest, legal costs and reasonable attorney's and arbitrator's fees.

12. Clause 17 of the Charterparty provides that any disputes arising under the Charterparty shall be referred to arbitration in London, England with English law to apply. Plaintiffs intend to initiate arbitration proceedings against Korea Line in London pursuant to Clause 17 of the Charterparty if the Claims are not resolved quickly and amicably. Interest, costs and attorney's fees are routinely awarded to the prevailing party under English law.

13. As best as can now be estimated, Plaintiffs expects to recover, at the very least, the following amounts in the anticipated arbitration proceedings:

  A. Hire Due and Owing for M/V
     *LOYALTY* from 18 January to 4          US$806,175.00

|   |   |   |   |
|---|---|---|---|
|   |   | March 2011: |   |
|   | B. | Other expenses for M/V *LOYALTY*: | US$46,347.00 |
|   | C. | Hire Due and Owing for M/V *MELODY* from 13 January to 27 February 2011: | US$806,175.00 |
|   | D. | Other expenses for M/V *MELODY*: | US$101,393.95 |
|   | E. | Interest on items A to D for 2 years at 6% per annum: | US$211,210.91 |
|   | F. | Attorneys' and Arbitrators' Fees, Costs and Expenses: | US$75,000.00 |
|   |   | **TOTAL:** | **US$2,046,301.86** |

14. Plaintiffs have a right under 9 U.S.C. § 8 of the Federal Arbitration Act to seizure of Korea Line's property according to the usual course of admiralty proceedings to obtain security pending the arbitration in London and in anticipation of an award.

15. Upon information and belief, Korea Line was not and is not a California corporation, has no offices or places of business in California, is not registered to do business in California, and has no registered agent for the service of process in California.

16. Upon information and belief, Korea Line is not located or present in this judicial District.

17. Based upon the matters set out in paragraphs 15 and 16 above, Korea Line cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, but, upon information and belief, Korea Line has, or will have during the pendency of this action,

1 assets within this District (including, but not limited to, funds, goods, fuel
2 (bunkers), other fuel oils and lubricating oils, provisions and/or other
3 supplies) and subject to the jurisdiction of this Court held in the hands of
4 the Garnishees, which are all believed to be due and owing to Korea Line.

5     18. Plaintiffs seeks an order from this Court directing the
6 Clerk of Court to issue Process of Maritime Attachment and Garnishment
7 pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime
8 Claims and the Federal Arbitration Act, 9 U.S.C. §§ 1 and 8 attaching, *inter*
9 *alia*, any assets of Korea Line, whether held by the Garnishees or not, for
10 the purpose of obtaining personal jurisdiction over Korea Line to secure its
11 claim in the forthcoming arbitration.

### IV.
### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray:

1. That process in due form of law according to the practice of this Court in admiralty and maritime jurisdiction issue against Korea Line, citing it to appear and answer under oath all the matters alleged in the Verified Complaint;

2. That since the Korea Line cannot be found within this District pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and the Federal Arbitration Act, 9 U.S.C. §§ 1 and 8, attaching all tangible or intangible property in whatever form, including any such property held by any Garnishee, which are due and owing to Korea Line, including, but not limited to:

KYL_LB1382628

1   (a) Korea Line's bunkers on board the vessel M/V *NEW
2   HORIZON*, which is currently berthed at the Port of Long Beach,
3   California; and/or
4   (b) Korea Line's funds, accounts owing and/or other property
5   belonging to Korea Line currently held by any Garnishee including United
6   Spiral Pipe, LLC, USS-POSCO Industries, Boliden Sulex, Inc., Fritz
7   Maritime Agencies and/or Metropolitan Stevedoring Company;
8   in the amount of **US$2,046,301.86** to secure Plaintiffs' Claims,
9   and that all persons claiming any interest in the same be cited to appear
10  and answer under oath all the matters alleged in the Verified Complaint;
11      3.    That this Court enter an order staying further proceedings
12  in this action pending proceedings in London arbitration pursuant to the
13  agreement between the parties;
14      4.    That this Court retain jurisdiction over this matter
15  through to the entry of a final arbitral award and appeals thereof; and
16      5.    That this Court grant such other and further relief that it
17  may deem just and proper.

20  DATED: February 24, 2011

21  WILLIAM H. COLLIER, JR.
22  JAMES A. MARISSEN
    MICHAEL T. WEST
23  KEESAL, YOUNG & LOGAN
    Attorneys for Plaintiffs
24  BYATT INTERNATIONAL S.A. and
    YANAM SERVICES S.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Otis D. Wright II and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

**CV11- 1632 ODW (RZx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

BYATT INTERNATIONAL S.A. and YANAM SERVICES S.A.

*Plaintiff*

v.

KOREA LINE CORPORATION

*Defendant*

Civil Action No. **CV11-01632** ODW (PZx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Korea Line Corporation of KLC Building, 145-9, Samseong 1-dong, Gangnam-gu, Seoul, 135-878, South Korea with property located at:
(a) Korea Line Corporation's bunkers on board the vessel M/V New HORIZON which is currently berthed at Port of Long Beach, California and (b) Korea Line Corporation's funds, accounts owing and/or other property belonging to Korea Line currently held by any Garnishee including United Spiral Pipe, LLC, USS-POSCO Industries, Boliden Sulex, Inc. Fritz Maritime Agencies and/or Metropolitan Stevedoring Company.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
William H. Collier, Jr., James A. Marissen, Michael T. West
Keesal Young & Logan
400 Oceangate, PO Box 1730
Long Beach, CA  90801-1730
Ph:  562-436-2000; Fax: 562-436-7416

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: FEB 24 2011

*CLERK OF COURT*
**JULIE PRADO**
SEAL
*Signature of Clerk or Deputy Clerk*

AO-440

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
BYATT INTERNATIONAL S.A. and YANAM SERVICES S.A.

**DEFENDANTS**
KOREA LINE CORPORATION

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
William H. Collier, James A. Marissen
Michael T. West
Keesal Young & Logan
400 Oceangate; PO Box 1730
Long Beach, CA  90801-1730
Ph: 562-436-2000; Fax:  562-436-7416

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ $2,046,301.86

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Supplemental Rules for Certain Admiralty & Maritime Claims, Rule B for breach of maritime contract.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☒ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV11-01632**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                              CIVIL COVER SHEET                                       Page 1 of 2
                                                                                                                  CCD-JS44

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No  [ ] Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [ ] No  [X] Yes
If yes, list case number(s): CV 11-01334 MMM (MANx)

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
[ ] A. Arise from the same or closely related transactions, happenings, or events; or
[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
[X] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
[ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)
(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Liberia |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | South Korea |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Various foreign countries |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _/s/ James A. Marissen_  Date February 24th 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |